**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| BRIAN E. GRIFFIN, | : No. 1 EM 2020 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Application for an Immediate Hearing and the Petition for Writ of Mandamus are DENIED.